```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MILTON WILLIAMS, on behalf of himself and all other                    :
persons similarly situated,                                            :
                                                                       :
                                Plaintiff,                             :    23 Civ. 6247 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
AMERICAN QUALITY HEALTH PRODUCTS, LTD.,                                :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 1, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore November 22, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until December 22, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 5, 2024.

SO ORDERED.

Dated: December 18, 2023
       New York, New York

                                                        JOHN P. CRONAN
                                              United States District Judge